UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION

NO. 5:18-CR-135

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DAVID DELACRUZ-GRAJALES | |

Upon motion of the Defendant, and for Good Cause shown, it is hereby ORDERED that the motion to seal the proposed sealed motion and attachment filed at Docket Entry 22 is GRANTED and will be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

This __14__ day of August, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Court Judge